**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2480**

———————————

DEENA ESTEBAN,

Plaintiff - Appellant,

versus

PRINCE WILLIAM COUNTY SCHOOL BOARD,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-00-979-A)

———————————

Submitted:  May 31, 2001                    Decided:  June 13, 2001

———————————

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Richard E. Gardiner, Fairfax, Virginia, for Appellant.  Mary McGowan, SICILIANO, ELLIS, DYER & BOCCAROSSE, Fairfax, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deena Esteban appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Esteban v. Prince William County, No. CA-00-979-A (E.D. Va. filed Oct. 13, 2000; entered Oct. 16, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2